# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148715

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

STEVEN KENNETH-NEILSON HALLER,
            Defendant-Appellant.

SC: 148715
COA: 318490
Grand Traverse CC:
2012-011468-FC

_____/

        On order of the Court, the application for leave to appeal the December 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014


                                                                    Clerk

s0519